IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC FERGUSON, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>ANGEL NOBLES,<br>    Defendant. | CIVIL ACTION<br><br><br><br><br>NO. 14-1439 |

**O R D E R**

**AND NOW**, this 15th day of April 2014, having considered Plaintiffs' Motion to Remand, filed on March 18, 2014 (ECF 3), and Defendant's Response in Opposition thereto, filed on March 18, 2014 (ECF 4), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Motion to Remand is **GRANTED**.

BY THE COURT:

/s/ Michael M. Baylson
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 14\14-1439 ferguson v. nobles\14cv1439.041514.order.docx